UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-cv-21017-BB

WINDY LUCIUS,

      Plaintiff,

v.

CHARLES ST., LLC.,

      Defendant.

_____/

## NOTICE OF SETTLEMENT FOR ALL PARTIES

Plaintiff, WINDY LUCIUS ("Plaintiff"), hereby files this Notice of Settlement, and informs the Court as follows:

1. Plaintiff has reached an agreement with Defendant, CHARLES ST., LLC., ("Defendant") to resolve her claims against them.

2. The parties are in the process of finalizing a confidential settlement agreement, and Plaintiff will be filing a Stipulation of Dismissal with the Court shortly.

Respectfully submitted,

*/s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
J. COURTNEY CUNNINGHAM, PLLC
FBN: 628166
8950 SW 74th Court, Suite 2201
Miami, FL 33156
T: 305-351-2014
cc@cunninghampllc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 5, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

/s/ J. Courtney Cunningham
J. Courtney Cunningham, Esq.